

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00284-CR

Nicole Duffin **WINDHAM**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Bandera County, Texas
Trial Court No. CR12-066
The Honorable N. Keith Williams, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED February 26, 2014.

_____
Catherine Stone, Chief Justice